NOTE: This order is nonprecedential

# United States Court of Appeals
# for the Federal Circuit

---

**EVERY PENNY COUNTS, INC.,**
*Plaintiff-Appellant,*

v.

**BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.,**
*Defendants-Appellees.*

---

2009-1442   •

---

Appeal from the United States District Court for the Middle District of Florida in case no. 07-CV-00042, Judge Jon E. Steele.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## O R D E R

Every Penny Counts, Inc. moves to remand this case to the district court. Bank of America Corporation and Bank of America, N.A. oppose. Every Penny Counts, Inc. replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Every Penny Counts, Inc.'s motion to remand is denied.

(2) The stay of the briefing schedule is lifted. The appellant's opening brief is due within 45 days of the date of filing of this order.

FOR THE COURT

OCT 2 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harvey S. Kauget, Esq.
Steven C. Cherny, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK